1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LISA MILLER,

          Plaintiff,

    v.

UNITED STATES OF AMERICA, ALASKA AIRLINES, MARLATT FUNERAL HOME, and DOES 1 through 10, inclusive.

          Defendants.

CASE NO. C04-2307RSM

ORDER ON MOTIONS FOR SUMMARY JUDGMENT

    This matter is before the Court for consideration of separate motions for summary judgment filed by defendants Marlatt Funeral Home and United States of America, which were noted for consideration on December 16, and December 23, 2005, respectively.  Plaintiff has not responded to oppose either motion.  Pursuant to Local Rule CR 7(b)(2), that failure is deemed an admission by plaintiff that both motions have merit.  Accordingly, the motions for summary judgment filed by Marlatt Funeral Home (Dkt. # 48) and the United States of America (Dkt. # 50) are both GRANTED and these defendants are DISMISSED from this action.   Defendant's pending motion for relief from the mediation requirement (Dkt. # 55) is STRICKEN as moot.

    The Doe defendants in the complaint herein have never been named or served.  As defendant

ORDER ON MOTIONS FOR SUMMARY JUDGMENT - 1

1  Alaska Airlines has already been dismissed upon stipulation of the parties, no defendants remain.
2  Accordingly, the Clerk shall enter judgment of dismissal and close the file.

4  DATED this 10 day of January 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ON MOTIONS FOR SUMMARY
JUDGMENT - 2